IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 14 PM 2: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TENNESSEE

| | |
|---|---|
| JOHN C. GUYTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 05-2375-DV |
| MID-SOUTH TRANSPORTATION MANAGEMENT, INC., | ) ) ) |
| Defendant. | ) ) |

## ~~PROPOSED~~ SCHEDULING ORDER

Pursuant to written notice, the parties submit agreed dates for the scheduling of this matter. The following dates were established as the final dates for:

| | |
|---|---|
| Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1): | January 13, 2006 |
| Joining Parties: | February 13, 2006 |
| Amending Pleadings: | February 28, 2006 |
| Initial Motion to Dismiss: | March 13, 2006 |
| Completing all Discovery: | November 21, 2006 |
|    (a)  Interrogatories, Document Production, Requests for Admissions and Depositions: | November 21, 2006 |
|   (b) Expert Witness Disclosure (Rule 26): | |
|       (1) Disclosure of Plaintiff's Rule 26 Expert Information: | August 21, 2006 |
|       (2) Disclosure of Defendant's Rule 26 Expert Information: | September 21, 2006 |
|       (3) Expert Witness Depositions: | November 21, 2006 |

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _12/15/05_

Filing Dispositive Motions:

January 22, 2007

Other Relevant Matters:

No depositions may be scheduled to occur after the discovery cutoff date without leave of Court. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer or objection, which is the subject of the motion, if the default or the service of the response, answer or objection occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer or objection shall be waived.

This case is set for jury trial. The parties anticipate that trial of this matter will last 3-4 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The parties have not consented to trial before the magistrate judge.

The possibility of settlement at this time appears to be unknown. The parties will jointly advise the Court on or before November 22, 2006 in a pleading to be filed in the same manner as other pleadings as to whether or not an agreement has been reached to utilize mediation. Any mediation must be completed on or before ten (10) days before the final pretrial conference; and the parties shall notify the Court of the results. Any decision to utilize mediation will not alter the deadlines established by this scheduling order.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED, on this 13th day of December 2005.

_____
JUDGE DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

DATE: December 13, 2005

APPROVED AS TO FORM:

By: William B. Ryan (by permission PRI)
William B. Ryan, BPR # 20269
Donati Law Firm, LLP
1545 Union Avenue
Memphis, Tennessee 38104
(901) 278-1004

COUNSEL FOR PLAINTIFF
John C. Guyton

By: Pamela R. Irons
James H. Stock, Jr., BPR # 9262
Pamela R. Irons, BPR # 23707
WEINTRAUB, STOCK & GRISHAM
Renaissance Center
1715 Aaron Brenner Suite 512
Memphis, TN 38120
(901) 526-0431

COUNSEL FOR DEFENDANT
Mid-South Transportation Management, Inc.

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02375 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

James H. Stock
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Donald A. Donati
DONATI LAW FIRM LLP
1545 Union Ave.
Memphis, TN 38104

C. Michael Becker
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Honorable Bernice Donald
US DISTRICT COURT